# Court of Appeals
# of the State of Georgia

ATLANTA, November 01, 2016

*The Court of Appeals hereby passes the following order*

**A17I0046. HELEN ROSS-STUBBLEFIELD et al. v. ROGSBERT PHILLIPS et al. .**

Upon consideration of the Application for Interlocutory Appeal, it is ordered that it be hereby DENIED.

LC NUMBERS:

15EV002846



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta, November 01, 2016.*

   *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

   *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*, Clerk.*